UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:25-cv-12020-DSF-ACCV | Date: | April 20, 2026 |
|---|---|---|---|

Title:  *Caren Goldstein v. Frank Bisignano*

Present: The Honorable    Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On December 19, 2025, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. (Electronic Case Filing Number ("ECF No.") 1, Complaint.) On February 25, 2026, Defendant filed an Answer.  (ECF No. 9.)  Plaintiff's Opening Brief was due on or before March 27, 2026.

To date, the Plaintiff's Opening Brief has not been filed with the Court. Accordingly, Plaintiff is ordered to show cause no later than **April 24, 2026**, why this case should not be dismissed for failure to prosecute. Filing the Opening Brief by April 24, 2026, shall constitute compliance with this Order and shall discharge this Order to Show Cause.  If Plaintiff files their Opening Brief, Defendant must file and serve Commissioner's Brief no later than 30 days from the date of service of Plaintiff's Opening Brief.  Plaintiff may file an optional Reply Brief no later than 14 days from the date of service of the Commissioner's Brief.

**IT IS SO ORDERED**